UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 16-361 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| MOHAMED A. KHALIF, | ) | |
| Defendant. | ) | |

Offenses charged: Three count Complaint:

 1.  Felon in Possession of Firearm (Springfield .45 handgun)

 2.  Felon in Possession of Ammunition

 3.  Felon in Possession of Firearm (Ruger .327 revolver)

Date of Detention Hearing:   August 17, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The affidavit in support of the complaint recites that defendant fled when stopped for an alleged traffic violation. When officers apprehended him, he was found to possess various rounds of ammunition, approximately six grams of heroin, approximately six grams of cocaine, and various amounts of XANAX, SUBOXIN, and oxycodone.

(2) Within the vehicle which defendant was driving was a bag which apparently belonged to defendant. It included a Springfield handgun, and a magazine with 10 rounds of the same caliber.

(3) In the area where defendant had fled from the vehicle, officers recovered a Ruger .327 caliber revolver, loaded with six rounds of ammunition.

(4) Defendant's criminal record includes at least three prior felony convictions: felon in possession of a firearm, robbery in third degree, and forgery.

(5) At the time of his arrest on the charges in this Complaint, defendant was on supervised release on his 2011 conviction ion this court for felon in possession of a firearm. The Court revoked that supervised release in August 2015. In addition to the Complaint, a new petition to revoke his supervised release is pending. That petition alleged 12 violations, some of which overlap with the charges in the Complaint. The allegations also include: using alcohol, heroin and morphine, and failing to report for drug testing as instructed.,

DETENTION ORDER
PAGE -2

(6) The USPO also alleges defendant has numerous revocations of previous terms of supervision for using controlled substances, using alcohol, and changing residences without permission.

(7) Defendant declined to be interviewed by this court's pretrial services officer.

(8) The pretrial services officer recommends detention.

(9) Defendant presents a danger to other persons and the community, and a significant risk of non-appearance. There are no conditions of release he can meet which would adequately address these risks.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

DETENTION ORDER
PAGE -3

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of August, 2016.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -4